Rose M. Palmer et al., Appellants, *v.* Rotary Realty Company, Inc., et al., Respondents.

*Appeal — appeals from orders of Appellate Division denying motions to resettle order, to strike out memorandum, for reargument and for judgment dismissed.*

Palmer v. Rotary Realty Co., Inc., 194 App. Div. 969, 974; 195 App. Div. 903, 906, appeals dismissed.

(Argued May 31, 1921; decided July 14, 1921.)

Appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 21, 1921, which denied a motion to resettle a prior order; also appeal from order of said court, entered December 23, 1920, denying a motion to strike out defendant's memorandum; also appeal from order of said court, entered December 10, 1920, denying motion for re-argument, and appeal from order of said court entered November 5, 1920, denying a motion for final judgment.

*Rose M. Palmer* for appellants.

*Seymour Mork* and *Joseph M. Baum* for respondents.

Appeals respectively from orders denying motions to resettle order, to strike out memorandum and for re-argument dismissed, without costs. Appeal from order denying motion for judgment dismissed, with costs; no opinion.

Concur: Hiscock, Ch. J., Chase, Hogan, Cardozo, Pound, Crane and Andrews, JJ.